177 A.3d 123

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ALFREDO LOPEZ, A/K/A BUGSY,
DEFENDANT–PETITIONER.

C–446 September Term 2017
079708

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000070–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 123

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DANIEL A. CATALANO, DEFENDANT–PETITIONER.

C–448 September Term 2017
079737

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002368–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.